[No. 22122–1–I.   Division One.   August 21, 1989.]

JAMES D. BRODIE, ET AL, *Appellants,* v. BORDEN, INC.,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–11642–5, Lloyd W. Bever, J., entered March 25, 1988. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Scholfield, J.

[No. 17597–1–I.   Division One.   August 21, 1989.]

BILLIE J. GATES, ET AL, *Plaintiffs,* v. BILLIE McKEE,
ET AL, *Respondents,* CHRIS DEMOPOULOS,
ET AL, *Appellants,* PEOPLES NATIONAL
BANK OF WASHINGTON, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 84–2–00225–8, Byron L. Swedberg, J., entered May 23, 1985. *Reversed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., Scholfield, J., dissenting.

[No. 21337–7–I.   Division One.   August 21, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. THEODORE
ARTHUR DOBYNS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–01661–3, Robert M. Elston, J., entered October 23, 1987. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis and Winsor, JJ.